FILED

2021 FEB 24 PM 2:05

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

JACOB F. PALMER III

CASE NO. 2:21-cr-21-FtM-66MRM

18 U.S.C. § 1703(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between in or about October 2020, through on or about December 18, 2020, in the Middle District of Florida, the defendant,

JACOB F. PALMER III,

a United States Postal Service employee, did knowingly and unlawfully secrete, destroy, detain, delay, and open any letter and mail entrusted to him and that had come into his possession, and which was intended to be conveyed by mail in the execution of his duties as an employee of the United States Postal Service.

All in violation of 18 U.S.C. § 1703(a).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Yolande G. Viacava
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JACOB F. PALMER, III

## INDICTMENT

Violations:

18 U.S.C. § 1703(a)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of February, 2021.

_____
Clerk

Bail $_____